

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In the interest of T.E.G., a child,       * From the 29th District Court
          Palo Pinto County,
          Trial Court No. C47145.

No. 11-16-00363-CV           * September 15, 2017

         * Memorandum Opinion by Wright, C.J.
          (Panel consists of: Wright, C.J.,
          Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Appellant.